UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN RIVERA,<br><br>       Plaintiff,<br><br>  -against-<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | 25-cv-1979 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

 The government is hereby ordered to respond to Juan Rivera's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 by August 8, 2025.

  SO ORDERED.

Dated: July 28, 2025
   New York, New York

                   _____
                   ARUN SUBRAMANIAN
                   United States District Judge