UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN RIVERA,<br><br>                     Plaintiff,<br><br>         -against-<br><br>UNITED STATES OF AMERICA,<br><br>                     Defendant. | 25-cv-1979 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Per the Court's order at Dkt. 6, 25cv1979, the government is hereby ordered to respond to Juan Rivera's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. The deadline is hereby extended *nunc pro tunc* to August 30, 2025. The Clerk of Court is respectfully directed to docket this order on the 17cr151 docket.

    SO ORDERED.

Dated: August 19, 2025
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                United States District Judge