**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
 JUAN RIVERA,

                      Plaintiff,                25 **CIVIL** 1979 (AS)

    -against-                               17 **CRIM** 0151 (AS)

                                              **JUDGMENT**

UNITED STATES OF AMERICA,

                      Defendant.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated April 29, 2026, Riveras motion is DENIED;

accordingly, the case is closed.

**Dated:** New York, New York

     April 30, 2026

                                     **TAMMI M. HELLWIG**

                                  _____

                                     **Clerk of Court**

                    **BY:**

                                     _____

                                     **Deputy Clerk**