UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK



Juan Rivera,
Petitioner,

v.

UNITED STATES OF AMERICA,
Respondent.

Civil Action No. 25-CV-1979

## MOTION TO REBUT GOVERNMENT RESPONSE TO §2255 PETITION AND REQUEST FOR EXTENSION OF TIME

Petitioner Juan Rivera, proceeding pro se, respectfully submits this motion to rebut the government's  response to his motion under 28 U.S.C. §2255 and requests an extension of time until counsel is appointed pursuant to the Criminal Justice Act (CJA).

## FACTUAL BACKGROUND

Petitioner was convicted under 18 U.S.C. §924(c) in connection with an alleged attempted robbery. Petitioner maintains his factual innocence and asserts that he did not participate in the underlying offense.

Video surveillance footage from the relevant time period demonstrates that petitioner was not engaged in any conduct consistent with participation in the alleged offense, including not making or initiating any phone call at the time the government claims coordination began.

Additionally, phone records confirm that petitioner did not receive or participate in an 8:55 PM call that the government alleges was made in furtherance of the crime.

Despite the existence of this exculpatory evidence, trial counsel failed to investigate, present, or utilize these materials at trial.

## ARGUMENT

Petitioner respectfully disputes the government's assertion that he participated in the offense and that trial counsel provided effective assistance.

Trial counsel's failure to investigate and present readily available exculpatory evidence constitutes ineffective assistance of counsel. Counsel's performance fell below an objective standard of reasonableness, and this deficiency prejudiced petitioner. There is a reasonable probability that the outcome of the proceeding would have been different had the jury been presented with the surveillance footage and phone records demonstrating petitioner's non-involvement.

Because petitioner did not participate in the underlying predicate offense, the §924(c) conviction cannot stand.

Petitioner respectfully requests that the Court grant an evidentiary hearing to fully develop the factual record and consider the exculpatory evidence that was not presented at trial.

## REQUEST FOR EXTENSION OF TIME

Petitioner is proceeding pro se and lacks the legal training necessary to adequately respond to the government's arguments and fully present his claims. The issues involved are complex and require review of the trial record and evidence.

Petitioner respectfully requests an extension of time to file any additional pleadings until a CJA-appointed attorney is assigned, so that his claims may be properly presented.

## CONCLUSION

WHEREFORE, petitioner respectfully requests that this Court:

1. Consider this rebuttal in support of his §2255 petition;

2. Grant an evidentiary hearing;

3. Grant an extension of time until counsel is appointed; and

4. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Juan Rivera, Pro Se
Date: 4-22-2026        *Juan Rivera* *46072·054*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was served on the United States Attorney's Office by U.S. Mail on this ___ day of _____, 2026.

Juan Rivera

DENIED. As the Court said in its opinion, Dkt. 18, Rivera has not made the requisite showing to justify the appointment of counsel. The Court has ruled on the motion and this case is closed.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 20.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: May 7, 2026

JUAN RIVERA 46072-054
F.C.I 2
P.O. BOX 1500
Butner, NC 27509
FEDERAL CORRECTIONAL FACILITY

RECEIVED
MAY - 1 2026
PRO SE OFFICE

Retail



U.S. POSTAGE PAID
FCM LG ENV
BUTNER, NC 27509
APR 27, 2026
$0.00

10007

RDC 99

S2322P501727-91

USM
SDNY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN COURTHOUSE
CLERK OF THE COURT (RUBY J. KRAJICK)
PRO SE OFFICE RM 230
500 PEARL ST.
NEW YORK, NY 10007

LEGAL MAIL

FEDERAL CORRECTIONAL INST. #2
P.O. BOX 1500
BUTNER, NORTH CAROLINA 27509

DATE: _____4-22-26_____

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed to the above address.



CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7589 0710 5270 0858 7641 06